IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMY LYNN RANKINS                                                                                         PLAINTIFF

v.                                         Case No. 6:21-cv-06128

DARRIL ELKINS (Nurse Practitioner Pike
County Medical) and JAIL ADMINISTRATOR
SARAH HANEY                                                                                              DEFENDANTS

# ORDER

Now before the Court is the Report and Recommendation filed November 16, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Bryant recommended that this case be dismissed without prejudice for failure to state a claim and that the dismissal of this case constitutes a strike pursuant to 28 U.S.C. § 1915(g).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Plaintiff's Amended Complaint (ECF No. 8) is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to place a § 1915 strike flag on this case.

**IT IS SO ORDERED** this 6th day of December 2021.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**